UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| MICHAEL LEE PRICE, | ) | Civil No: _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **COMPLAINT** |
| | ) | |
| L-M ASPHALT PARTNERS, LTD., | ) | |
| a/k/a ATS CONSTRUCTION, and | ) | |
| | ) | |
| Serve: Hon. Gary R. Weitkamp | ) | |
| 500 West Jefferson Street | ) | |
| Suite 2400 | ) | |
| Louisville, Kentucky 40202 | ) | |
| | ) | |
| L-M HOLDINGS, INC., and | ) | |
| | ) | |
| Serve: Hon. Gary R. Weitkamp | ) | |
| 500 West Jefferson Street | ) | |
| Suite 2400 | ) | |
| Louisville, Kentucky 40202 | ) | |
| | ) | |
| CHARLES HERMAN, and | ) | |
| | ) | |
| Serve: Charles Herman | ) | |
| 3009 Atkinson Avenue | ) | |
| Suite 400 | ) | |
| Lexington, Kentucky 40509 | ) | |
| | ) | |
| STEVE LAWSON, and | ) | |
| | ) | |
| Serve: Steve Lawson | ) | |
| 3009 Atkinson Avenue | ) | |
| Suite 400 | ) | |
| Lexington, Kentucky 40509 | ) | |
| | ) | |
| UNKNOWN GENERAL PARTNERS OF | ) | |
| L-M ASPHALT PARTNERS, LTD., | ) | |
| a/k/a ATS CONSTRUCTION | ) | |
| | ) | |

|   |   |
|---|---|
| Serve: Hon. Gary R. Weitkamp | ) |
| 500 West Jefferson Street | ) |
| Suite 2400 | ) |
| Louisville, Kentucky 40202 | ) |
|   | ) |
| Defendants. | ) |
|   | ) |

Comes now the Plaintiff, Michael Lee Price, by and through the undersigned counsel, and for his cause of action herein, states and alleges as follows:

## I.  PARTIES

1. At all times relevant herein the Plaintiff, Michael Lee Price ("Price"), resides at 70 Wallin Street, Broadhead, Rockcastle County, Kentucky, 40409.

2. At all times relevant herein, the Defendant, L-M Asphalt Partners, Ltd., a/k/a ATS Construction ("L-M Asphalt"), was and is now a Kentucky Limited Partnership, organized and existing under the laws of the Commonwealth of Kentucky, with a principal place of business at 3009 Atkinson Avenue, Suite 400, Lexington, Fayette County, Kentucky, 40509, whose registered agent for service of process is Hon. Gary R. Weitkamp, 500 West Jefferson Street, Suite 2400, Louisville, Jefferson County, Kentucky 40202.  L-M Asphalt is currently in good standing and authorized by the Secretary of the State of the Commonwealth of Kentucky to transact business within the Commonwealth of Kentucky.

3. At all times relevant herein, the Defendant, L-M Holdings, Inc. ("L-M Holdings"), was and is now a general partner of L-M Asphalt.  In L-M Holdings' capacity as a general partner of L-M Asphalt, L-M Holdings' principal place of business is located at 3009 Atkinson Avenue, Suite 400, Lexington, Fayette County, Kentucky, 40509, whose registered agent for service of process is Hon. Gary R. Weitkamp, 500 West Jefferson Street, Suite 2400, Louisville, Jefferson

County, Kentucky 40202. L-M Holdings is a corporation incorporated and existing under the laws of the Commonwealth of Kentucky. L-M Holdings is currently in good standing and authorized by the Secretary of the State of the Commonwealth of Kentucky to transact business within the Commonwealth of Kentucky.

    4.    At all times relevant herein, the Defendant, Charles Herman ("Herman"), was and is now a general partner of L-M Asphalt. In Herman's capacity as a general partner of L-M Asphalt, Herman's principal place of business is located at 3009 Atkinson Avenue, Suite 400, Lexington, Fayette County, Kentucky, 40509. Herman's county of residence is Fayette County, Kentucky.

    5.    At all times relevant herein, the Defendant, Steven Lawson ("Lawson"), was and is now a general partner of L-M Asphalt. In Lawson's capacity as a general partner of L-M Asphalt, Lawson's principal place of business is located at 3009 Atkinson Avenue, Suite 400, Lexington, Fayette County, Kentucky, 40509. Lawson's county of residence is Fayette County, Kentucky.

    6.    At all times relevant herein, the Defendants, Unknown General Partners of L-M Asphalt Partners, Ltd., a/k/a ATS Construction ("Unknown General Partners of L-M Asphalt"), were and are now general partners of L-M Asphalt. In the Unknown General Partners of L-M Asphalt capacity as general partners of L-M Asphalt, the Unknown General Partners of L-M Asphalt principal place of business is located at 3009 Atkinson Avenue, Suite 400, Lexington, Fayette County, Kentucky, 40509, whose registered agent for service of process is Hon. Gary R. Weitkamp, 500 West Jefferson Street, Suite 2400, Louisville, Jefferson County, Kentucky 40202.

## II.  JURISDICTION AND VENUE

7. Pursuant to 38 U.S.C. § 4323(b)(3), this Court has jurisdiction over the instant action. The United States District Courts are given original jurisdiction in such controversies where, as here, the Plaintiff, Price, has brought an action against his former employer, the Defendant, L-M Asphalt and the remaining Defendants, the general partners of L-M Asphalt, who are identified as follows: L-M Holdings, Inc., Herman, Lawson, and the Unknown General Partners of L-M Asphalt (hereinafter collectively identified as, "the General Partners of L-M Asphalt"), for violating the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301, *et seq*.

8. Pursuant to 38 U.S.C. § 4323(c)(2), venue lies in the United States District Court for the Eastern District of Kentucky.

## III.  COUNT I–VIOLATIONS OF THE UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT OF 1994, 38 U.S.C. § 4301, *ET SEQ.*

9. The Defendants, L-M Asphalt and the General Partners of L-M Asphalt employed the Plaintiff, Price, as a construction worker beginning in 2005 until on or about June 19, 2009. During this same time period Price was a reservist in the United States Army Reserve. While Price was a reservist in the United States Army Reserve he was assigned to the United States Army Reserve, Medical Command, 7241 Installation Medical Support Unit ("Unit"), based in Lexington, Kentucky.

10. As part of his duties as a reservist in the United States Army Reserve, Price is required to attend monthly and annual training with his Unit. In May 2009, Price received written orders from his Unit. Per these written orders, Price was ordered to report to his Unit from June 6, 2009, through June 19, 2009, for the purposes of fulfilling his annual training requirement. Per these

written orders, Price attended and participated in his annual training requirement with his Unit from June 6, 2009, through June 19, 2009.

11. Price informed his employer, L-M Asphalt and the General Partners of L-M Asphalt of his written orders and of his annual training requirement well prior to his report date of June 6, 2009.

12. On or about June 19, 2009, Price informed his employer, L-M Asphalt and the General Partners of L-M Asphalt he had completed his annual training requirement with his Unit and was ready to report for employment with L-M Asphalt on the next regular work day. On or about June 19, 2009, Price's employer, L-M Asphalt and the General Partners of L-M Asphalt, informed Price he had been replaced and further informed Price his employment with L-M Asphalt was terminated, effective immediately.

13. At the time Price was terminated from his employment, Price was a reservist and served at the rank of Specialist in the United States Army Reserve. Price was terminated from his employment with L-M Asphalt because of his status as a reservist in the United States Army Reserve. Price's status as a reservist in the United States Army Reserve was a substantial motivating factor in the Defendants decision to terminate Price's employment. As such, the Defendants, L-M Asphalt and the General Partners of L-M Asphalt wrongfully discharged Price from his employment with L-M Asphalt, all in violation of the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301, *et seq.*

14. At the time the Defendants terminated Price from his employment L-M Asphalt and the General Partners of L-M Asphalt knew Price was a reservist in the United States Army Reserve. At the time the Defendants terminated Price from his employment L-M Asphalt and the General

Partners of L-M Asphalt knew of the reemployment requirements for reservists serving in the United States Army Reserve, as promulgated in the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301, *et seq.* As such, the Defendants, L-M Asphalt and the General Partners of L-M Asphalt, willfully violated the applicable provisions of the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301, *et seq.*, when they terminated Price's employment.

**WHEREFORE**, the Plaintiff, Michael Lee Price, respectfully requests the following:

1. Compensation for the Plaintiff's, Michael Lee Price, past and future lost wages and benefits suffered by reason of the Defendants, L-M Asphalt, Ltd. a/k/a ATS Construction, L-M Holdings, Inc., Charles Herman, Steve Lawson, and the Unknown General Partners of L-M Asphalt, Ltd. a/k/a ATS Construction, failure to comply with the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301, *et seq.*

2. An award of liquidated damages in an amount equal to the compensation received for the Plaintiff's past and future lost wages and benefits suffered by reason of the Defendants willful failure to comply with the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301, *et seq.*

3. Prejudgment and postjudgment interest in the maximum amount allowed by law on all amounts awarded to the Plaintiff.

4. Pursuant to 38 U.S.C. § 4323(h)(1), no fees or court costs may be charged or taxed to the Plaintiff, a person claiming rights under the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. § 4301, *et seq.*

5. Pursuant to 38 U.S.C. § 4323(h)(2), the undersigned counsel for the Plaintiff shall be awarded a reasonable attorney fee, expert witness fee, and other litigation expenses.

6. A trial by jury.

7. Any other relief to which the Plaintiff may appear entitled.

MICHAEL J. BENDER
CLAYTON O. OSWALD
TAYLOR, KELLER, DUNAWAY & TOOMS, PLLC
1306 WEST FIFTH STREET
P. O. BOX 905
LONDON, KY 40743-0905
PHONE: (606) 878-8844
FAX:   (606) 878-5547

 /s/ Michael J. Bender
*Attorney for the Plaintiff, Michael Lee Price*

F:\WPDOCS\Open Cases\Price, Michael v. ATS Construction\Pleadings\Complaint.wpd