Eastern District of Kentucky
**FILED**
NOV 30 2010
AT LEXINGTON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| MICHAEL LEE PRICE, ) | Civil No: 5:09-CV-00254-KKC-REW |
| Plaintiff, ) | |
| vs. ) | |
| ) | **AGREED ORDER OF DISMISSAL** |
| L-M ASPHALT PARTNERS, LTD., ) | **WITH PREJUDICE** |
| d/b/a ATS CONSTRUCTION, ) | |
| Defendant. ) | |

This matter comes before the Court pursuant to an agreement between the parties. The parties have agreed that all claims that were brought or could have been brought by the Plaintiff, Michael Lee Price, against the Defendant, L-M Asphalt Partners, Ltd. d/b/a ATS Construction, are to be dismissed with prejudice. Therefore, the Court, having considered the record and being otherwise sufficiently advised, hereby states as follows:

It is ORDERED that all claims of the Plaintiff, Michael Lee Price, against the Defendant, L-M Asphalt Partners, Ltd. d/b/a ATS Construction, are hereby DISMISSED WITH PREJUDICE. It is further ORDERED that the instant case shall be stricken from the Court's active docket.

This, the 30 day of November, 2010.

_Karen Caldwell_
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

**SEEN AND AGREED TO BY:**


/s/ Michael J. Bender
Michael J. Bender
Clayton O. Oswald
*Attorneys for the Plaintiff,*
*Michael Lee Price*


/s/ Brendan R. Yates (with permission)
Brendan R. Yates
Jon A. Woodall
*Attorneys for Defendant,*
*L-M Asphalt Partners, Ltd.*
*d/b/a ATS Construction*


F:\WPDOCS\Open Cases\Price, Michael v. ATS Construction\Pleadings\Agreed Order of Dismissal (L-M Asphalt).wpd